IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CURTIS ANDERSON**                                                                         **PLAINTIFF**

**V.**                               **CIVIL ACTION NO. 3:21-CV-103- HTW-LGI**

**UNTIED STATES OF AMERICA, OFFICER SINGLETON, S.I.S. OFFICER DEAN, LIEUTENANT FISHER**                      **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before this Court pursuant to the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac. **[Docket no. 9].** In her Report and Recommendation, filed on October 25, 2023, Magistrate Judge Isaac recommended that Pro Se Plaintiff Curtis Anderson's claims against the Defendants be dismissed, or in the alternative, that summary judgment be granted for lack of exhaustion. The Magistrate Judge further recommended that, to the extent Plaintiff's claims implicate the Federal Tort Claims Act ("FTCA"), those claims be dismissed. Magistrate Judge Isaac directed the Plaintiff file any objections within fourteen (14) days.

On December 8, 2022[1], Plaintiff filed his objections to the Report and Recommendation. [Docket no. 12]. Defendants filed, on December 21, 2022[2], filed a timely response to Plaintiff's objections. [Docket no. 15]. This court has reviewed the submissions of the parties and the relevant jurisprudence pertaining to this action.

---

[1] This court granted, retroactively, Plaintiff's request for additional time to file his objections to the Magistrate Judge's report. [See ECF Text only Order 1/19/2023].

[2] This court, on 1/19/2023, retroactively allowed Defendants additional time to file their response to Plaintiff's objections.

Based upon the evidence therein contained, this court finds the Report and Recommendation well-taken. Magistrate Judge Isaac carefully examined Plaintiff's claims, identified the operative issues and cogent facts and crafted a well-versed Report and Recommendation. therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 9]** is hereby **ADOPTED** as the order of this Court.  This court hereby **DISMISSES** Plaintiff's Complaint [Docket no. 1].

**SO ORDERED AND ADJUDGED this the 28th day of April, 2023.**

**/s/HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**